UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20921-CIV-ALTONAGA/Goodman

**GOVERNMENT EMPLOYEES**
**INSURANCE CO.**, *et al.*,

      Plaintiffs,

v.

**DG ESTHETIC AND THERAPY**
**CENTER, INC.**, *et al.*,

      Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on the parties' Stipulation of Dismissal as to Defendants DG Esthetic and Therapy Center, Inc.; Dania Lima, D.A. Health Care Associates, Inc.; Damarys Alfonso; and Ana B. Mejias, filed February 11, 2019 [ECF No. 89]. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that Defendants, DG Esthetic and Therapy Center, Inc.; Dania Lima; D.A. Health Care Associates, Inc.; Damarys Alfonso; and Ana B. Mejias are dismissed without prejudice. The parties shall bear their respective fees and costs.

**DONE AND ORDERED** in Miami, Florida, this 12th day of February, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record