UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20921-CIV-ALTONAGA/Goodman

GOVERNMENT EMPLOYEES
INSURANCE CO., *et al.*,

      Plaintiffs,

v.

DG ESTHETIC AND THERAPY
CENTER, INC., *et al.*,

      Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

The parties came before the Court on April 22, 2019 for calendar call and advised that they have amicably settled this matter. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal with the Court within sixty (60) days of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 22nd day April, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record