# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 18-20921-CIV-ALTONAGA/Goodman

GOVERNMENT EMPLOYEES INSURANCE
CO., *et al.*,

      Plaintiffs,

vs.

DG ESTHETIC AND THERAPY CENTER,
INC., *et al.*,

      Defendants.

_____

## DECLARATION OF MICHAEL VANUNU

**MICHAEL VANUNU**, pursuant to 28 U.S.C. § 1746, hereby declares the truth of the following:

1.      I am associated with the law firm of Rivkin Radler LLP and am counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively "GEICO") in this matter.

2.      I have personal knowledge of the facts set forth in this declaration, and would testify as to them in a court of law if required to do so.

3.      I respectfully submit this declaration in support of GEICO's motion for an Order reopening the case and enforcing the February 11, 2019 Settlement and Release Agreement between GEICO and Defendants Damarys Alfonso ("Alfonso") and D.A. Health Care Associates, Inc. ("DA Health") (collectively the "the DA Health Defendants"), by entering judgment against the DA Health Defendants and in favor of GEICO in the amount of

$229,166.68, plus reasonable attorneys' fees, costs, and disbursements that GEICO incurred in connection with enforcing the Settlement Agreement.

4.     GEICO commenced this action on March 12, 2018 against the DA Health Defendants. See Docket No. 1.

5.     On February 11, 2019, GEICO and the DA Health Defendants entered into a Settlement and Release Agreement (the "Settlement Agreement").

6.     The Settlement Agreement was based on of a successful mediation conducted before Rodney Max, Esq. on January 14, 2019 that resulted in a mediation agreement between the DA Health Defendants and counsel for GEICO.

7.     The Settlement Agreement contained, among other things, a confidentiality provision which specified that "[e]xcept as required to enforce this Agreement, or to comply with any lawful order or subpoena, the Parties hereto (including their agents, representatives, employees and attorneys) shall not disclose any term of this Agreement to any person, entity or government body or agency not a party to this Agreement." Accordingly, I have not attached a copy of the entire Settlement Agreement to this declaration, and instead have only excerpted the relevant terms. However, to the extent that the Court deems it necessary to review the Settlement Agreement in its entirety in order to decide this motion, GEICO is prepared to submit the entire Settlement Agreement to the Court.

8.     Pursuant to the Settlement Agreement, GEICO dismissed this action against the DA Health Defendants without prejudice. See Docket No. 89.

9.     Pursuant to Section 10 of the Settlement Agreement, this Court retains jurisdiction to enforce the terms of the Settlement Agreement.

10.     Pursuant to Section 3.A. of the Settlement Agreement, the DA Health Defendants were obligated to pay GEICO $250,000.00 in one monthly installment of $10,416.82 and 23 monthly installments of $10,416.66 a piece (the "Settlement Proceeds"), beginning on February 15, 2019 and continuing on the fifteenth of each month until January 15, 2021.

11.     Pursuant to Section 3.B. of the Settlement Agreement:

In the event that the Damarys Alfonso and D.A. Health Care Associates, Inc. default in making payment of any portion of the [DA Health Defendants] Settlement Proceeds required under this Agreement, and fail to cure the default within fifteen (15) business days after receipt of written notice as set forth in Section 7 herein, then GEICO shall be entitled to immediately enter a judgment against the Damarys Alfonso and D.A. Health Care Associates, Inc., or any of them, for which they will be jointly and severally liable, in the amount of any remaining unpaid balance of the [DA Health Defendants] Settlement Proceeds. This sum shall be deemed liquidated damages for Damarys Alfonso and D.A. Health Care Associates, Inc.'s conduct as alleged in the Amended Complaint in the Action, and is not a penalty. Interest on the default judgment shall accrue at the maximum rate allowable under Fla. Stat. 55.03 until fully paid. In addition, GEICO shall be entitled to reimbursement by Damarys Alfonso and D.A. Health Care Associates, Inc. of all reasonable attorneys' fees, costs, and disbursements that GEICO incurs in connection with any collection activities and the prosecution of the Action. Damarys Alfonso and D.A. Health Care Associates, Inc. acknowledge that – to the extent that GEICO enters the default judgment against them, or any of them – it will be deemed to be a debt that will not be dischargeable in bankruptcy.

12.     Pursuant to Section 7 of the Settlement Agreement, all notices required under the Agreement were to be satisfied by e-mail and facsimile transmission to their counsel, Christian Carrazana, Esq. ("Mr. Carrazana").

13.     On March 13, 2019 the DA Health Defendants provided a partial payment of the first installment of the Settlement Proceeds that was due on February 15, 2019, which was $10,416.66 out of $10,416.82, and the full installment of the Settlement Proceeds due on March 15, 2019, which was in the amount of $10,416.66.

14.     However, the DA Health Defendants failed to pay the balance of the February 15th installment, or the installments of the Settlement Proceeds that were due on April 15, 2019 and May 15, 2019, each in the amount of $10,416.66.

15.     Therefore, on May 8, 2019, GEICO's counsel sent a notice of default to the DA Health Defendants' counsel, Mr. Carrazana, regarding the missed payment that was due on April 15, 2019, and the balance of the February 15, 2019 payment, totaling $10,416.82, in accordance with Sections 3 and 7 of the Settlement Agreement. A true and correct copy of the May 8, 2019, notice of default is annexed hereto as Exhibit "1".

16.     However, the DA Health Defendants did not cure their default within 15 days, as required by Section 3.B. of the Settlement Agreement and – to date – they have not paid the remainder of the February 15, 2019 installment and the April 15, 2019 installment of the Settlement Proceeds totaling $10,416.82.

17.     Thereafter, the DA Health Defendants failed to pay the $10,416.66 installment of the Settlement Proceeds that was due on May 15, 2019.

18.     Therefore, on May 15, 2019, GEICO's counsel sent an email to Mr. Carrazana requesting the status of the overdue April 15, 2019 installment and the due May 15, 2019 installment. Due to Mr. Carrazana's lack of a response, GEICO's counsel sent additional emails to Mr. Carrazana on May 16th, May 17th, and May 20th all of which discussed the default by the DA Health Defendants, and provided the DA Health Defendants with an opportunity to cure their default, in accordance with Sections 3 and 7 of the Settlement Agreement. A true and correct copy of the emails dated May 15th, May 16th, May 17th, and May 20th are annexed hereto as Exhibit "2".

19.     Once again, the DA Health Defendants did not cure their default within 15 days, as required by Section 3.B. of the Settlement Agreement and – to date – they have not paid the remainder of the installment of the Settlement Proceeds that was due on February 15, 2019, the installment of the Settlement Proceeds that was due on April 15, 2019, or the installment of the Settlement Proceeds that was due on May 15, 2019.

20.     To-date, with the exception of two checks provided on March 13, 2019 each for $10,416.66, which was a partial payment of the February 15, 2019 installment, and the full payment of the March 15, 2019 installment, the DA Health Defendants have failed to pay any of the installments of the Settlement Proceeds that have come due.

21.     Out of the total $250,000.00 of the Settlement Proceeds, the DA Health Defendants have only paid $20,833.32, which equates to a remaining balance of $229,166.68 for the Settlement Proceeds.

22.     Accordingly, GEICO respectfully submits that it is entitled to judgment against the DA Health Defendants, jointly and severally, in the amount of $$229,166.68.

I declare under penalties of perjury that the foregoing is true and correct.

Dated:  June 19, 2019

*/s/ Michael Vanunu*
Michael Vanunu

# EXHIBIT 1



WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**MICHAEL VANUNU**
(516) 357-3337
michael.vanunu@rivkin.com

May 8, 2019

**VIA ELECTRONIC MAIL AND FACSIMILE (786) 364-7477**

Christian Carrazana, Esq.
Christian Carrazana, P.A.
P.O. Box 900520
Homestead, Florida 33090

Re:     **NOTICE OF DEFAULT UNDER SETTLEMENT AGREEMENT**
*Government Employees Insurance Co., et al. v.*
*DG Esthetic and Therapy Center Inc., et al., et al.*
S.D. Fla. Case No. 18-cv-20921- CIV
RR File No.: 005100-02568

Dear Mr. Carrazana:

As you know, we represent Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively "GEICO") in the above-referenced matter.

I write pursuant to Sections 3 and 7 of the February 11, 2019 Settlement and Release Agreement (the "Agreement") in this action, to provide you with notice of a default by Defendants D.A. Health Care Associates, Inc. and Damarys Alfonso (the "DA Defendants") under the terms of the Agreement.

In particular, pursuant to Section 3.A of the Agreement, the DA Defendants were due to pay the third, $10,416.82 installment of the DA Settlement Proceeds on or before April 15, 2019. However, my firm has not received the third installment of the DA Defendants Settlement Proceeds.

     **Accordingly, pursuant to Section 3 and 7 of the Agreement, please take notice that, if the DA Defendants do not cure their default within fifteen (15) days of the date of this notice, we will enter judgment against the DA Defendants without further notice, the release GEICO provided to the DA Defendants will be void ab initio, and the DA Defendants not only will be liable to pay the full amount of the judgment, but also will be liable to GEICO for its attorneys' fees.**

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000 F 518.462.4199

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777



Christian Carrazana, Esq.
May 8, 2019
Page 2

      Hopefully that will not be necessary. I have diaried the deadline. Please make sure your clients timely cure their default, or they will face the serious consequences set forth above.

                           Very truly yours,

                           RIVKIN RADLER LLP

                           */s/ Michael Vanunu*

                           Michael Vanunu

cc:    Barry Levy, Esq.
        Max Gershenoff, Esq.
        John Marino, Esq.
        Lindsey Trowell, Esq.
        Kristen Wenger, Esq.
        Drew Krieger, Esq.

# EXHIBIT 2

**Michael Vanunu**

| | |
|---|---|
| **From:** | Michael Vanunu |
| **Sent:** | Wednesday, May 15, 2019 3:36 PM |
| **To:** | 'Christian Carrazana' |
| **Cc:** | Max Gershenoff; Marino, John |
| **Subject:** | RE: GEICO v. DA Health, et al. - NOTICE OF DEFAULT |

**Importance:** High

Christian,

Have you heard any news from your client regarding their default on the payment? Today is the due date for the 4th payment. As we have already received today's mail, your clients now have two payments that are past due. Please let us know when we can expect the overdue payments.

It goes without saying that if your clients do not immediately provide payment, we will be forced to enter judgment.

Michael



**Michael Vanunu**
Associate
926 RXR Plaza, Uniondale, NY 11556-0926
D 516.357.3337 T 516.357.3000 F 516.357.3333
Michael.Vanunu@rivkin.com
www.rivkinradler.com

 

**From:** Christian Carrazana [mailto:christian@carrazana-legal.com]
**Sent:** Monday, May 13, 2019 2:51 PM
**To:** Michael Vanunu
**Subject:** Re: GEICO v. DA Health, et al. - NOTICE OF DEFAULT

Give me until Wednesday. I'm trying to reach my client.

*/s/Christian Carrazana*
Christian Carrazana, Esq.
**CHRISTIAN CARRAZANA P.A.**
*Attorney at Law*
P.O. Box 900520
Homestead Florida 33090
Tel No.: (786) 262-0584

1

Fax No.: (786) 364-7477
Email:  christian@carrazana-legal.com
Secondary Email:  ccarrazana.law@gmail.com
Eservice:  eservice@carrazana-legal.com

On Mon, May 13, 2019 at 11:26 AM Michael Vanunu <Michael.Vanunu@rivkin.com> wrote:

Christian,

We still have not heard from you regarding your client's default. When can we expect payment for the April and May 2019 payments? Please advise immediately.



Michael Vanunu
Associate
926 RXR Plaza, Uniondale, NY 11556-0926
D 516.357.3337 T 516.357.3000 F 516.357.3333
Michael.Vanunu@rivkin.com
www.rivkinradler.com



**From:** Michael Vanunu
**Sent:** Wednesday, May 08, 2019 5:26 PM
**To:** 'Christian Carrazana'
**Cc:** Barry Levy; Max Gershenoff; Trowell, Lindsey; Marino, John; Kristen Wenger (kwenger@sgrlaw.com); Krieger, Drew
**Subject:** GEICO v. DA Health, et al. - NOTICE OF DEFAULT

Christian,

Please see the attached letter that provides formal notice that your clients (D.A. Health Care Associates, Inc. and Damarys Alfonso) have defaulted on the settlement agreement by not providing the third payment that **was due on April 15, 2019**.

As indicated in the attached letter, your clients have 15 days from today to provide the payment that was due on April 15, 2019, or we will be forced to enter judgment.

I expect that your clients will be able to pay within the required time period. Please let us know when we can expect to receive the payment. (Note that the fourth payment is due on May 15th payment, which is next Wednesday.)

All the best,

Michael



**Michael Vanunu**
Associate
926 RXR Plaza, Uniondale, NY 11556-0926
D 516.357.3337 T 516.357.3000 F 516.357.3333
Michael.Vanunu@rivkin.com
www.rivkinradler.com



---

NOTICE: This message may contain information that is confidential or privileged. If you are not the intended recipient, please advise the sender immediately and delete this message. See: http://www.rivkinradler.com\disclaimer-electronic-communications/ for further information on confidentiality.

**Michael Vanunu**

| | |
|---|---|
| **From:** | Michael Vanunu |
| **Sent:** | Thursday, May 16, 2019 3:47 PM |
| **To:** | 'Christian Carrazana' |
| **Cc:** | Max Gershenoff; Marino, John |
| **Subject:** | RE: GEICO v. DA Health, et al. - NOTICE OF DEFAULT |
| | |
| **Importance:** | High |

Christian,

I will continue to contact you every day until you provide a response to our request. <u>When can we expect the overdue payments?</u>

Michael



Michael Vanunu
Associate
926 RXR Plaza, Uniondale, NY 11556-0926
D 516.357.3337 T 516.357.3000 F 516.357.3333
Michael.Vanunu@rivkin.com
www.rivkinradler.com



**From:** Michael Vanunu
**Sent:** Wednesday, May 15, 2019 3:36 PM
**To:** 'Christian Carrazana'
**Cc:** Max Gershenoff; Marino, John
**Subject:** RE: GEICO v. DA Health, et al. - NOTICE OF DEFAULT
**Importance:** High

Christian,

Have you heard any news from your client regarding their default on the payment? Today is the due date for the 4th payment. As we have already received today's mail, your clients now have two payments that are past due. Please let us know when we can expect the overdue payments.

It goes without saying that if your clients do not immediately provide payment, we will be forced to enter judgment.

Michael



**Michael Vanunu**
Associate
926 RXR Plaza, Uniondale, NY 11556-0926
D 516.357.3337 T 516.357.3000 F 516.357.3333
Michael.Vanunu@rivkin.com
www.rivkinradler.com



**From:** Christian Carrazana [mailto:christian@carrazana-legal.com]
**Sent:** Monday, May 13, 2019 2:51 PM
**To:** Michael Vanunu
**Subject:** Re: GEICO v. DA Health, et al. - NOTICE OF DEFAULT

Give me until Wednesday.  I'm trying to reach my client.


*/s/Christian Carrazana*
Christian Carrazana, Esq.
**CHRISTIAN CARRAZANA P.A.**
*Attorney at Law*
P.O. Box 900520
Homestead Florida 33090
Tel No.: (786) 262-0584
Fax No.: (786) 364-7477
Email:  christian@carrazana-legal.com
Secondary Email:  ccarrazana.law@gmail.com
Eservice:  eservice@carrazana-legal.com


On Mon, May 13, 2019 at 11:26 AM Michael Vanunu <Michael.Vanunu@rivkin.com> wrote:

Christian,


We still have not heard from you regarding your client's default. When can we expect payment for the April and May 2019 payments? Please advise immediately.

2

 **RIVKIN RADLER**
ATTORNEYS AT LAW

**Michael Vanunu**
Associate
926 RXR Plaza, Uniondale, NY 11556-0926
D 516.357.3337 T 516.357.3000 F 516.357.3333
Michael.Vanunu@rivkin.com
www.rivkinradler.com



---

**From:** Michael Vanunu
**Sent:** Wednesday, May 08, 2019 5:26 PM
**To:** 'Christian Carrazana'
**Cc:** Barry Levy; Max Gershenoff; Trowell, Lindsey; Marino, John; Kristen Wenger (kwenger@sgrlaw.com); Krieger, Drew
**Subject:** GEICO v. DA Health, et al. - NOTICE OF DEFAULT

Christian,

Please see the attached letter that provides formal notice that your clients (D.A. Health Care Associates, Inc. and Damarys Alfonso) have defaulted on the settlement agreement by not providing the third payment that **was due on April 15, 2019**.

As indicated in the attached letter, your clients have 15 days from today to provide the payment that was due on April 15, 2019, or we will be forced to enter judgment.

I expect that your clients will be able to pay within the required time period. Please let us know when we can expect to receive the payment. (Note that the fourth payment is due on May 15th payment, which is next Wednesday.)

All the best,

Michael



**Michael Vanunu**
Associate
926 RXR Plaza, Uniondale, NY 11556-0926
D 516.357.3337 T 516.357.3000 F 516.357.3333
Michael.Vanunu@rivkin.com
www.rivkinradler.com



NOTICE: This message may contain information that is confidential or privileged. If you are not the intended recipient, please advise the sender immediately and delete this message. See: http://www.rivkinradler.com\disclaimer-electronic-communications/ for further information on confidentiality.

## Michael Vanunu

**From:**      Michael Vanunu
**Sent:**      Friday, May 17, 2019 3:36 PM
**To:**        'Christian Carrazana'
**Cc:**        Max Gershenoff; Marino, John
**Subject:**   RE: GEICO v. DA Health, et al. - NOTICE OF DEFAULT

Christian,

When can we expect the overdue payments?

As indicated in our original letter to you, we will move for a judgment against D.A. Health if we do not receive their checks **before** **Thursday.**

Michael



**Michael Vanunu**
Associate
926 RXR Plaza, Uniondale, NY 11556-0926
D 516.357.3337 T 516.357.3000 F 516.357.3333
Michael.Vanunu@rivkin.com
www.rivkinradler.com



**From:** Michael Vanunu
**Sent:** Thursday, May 16, 2019 3:47 PM
**To:** 'Christian Carrazana'
**Cc:** Max Gershenoff; Marino, John
**Subject:** RE: GEICO v. DA Health, et al. - NOTICE OF DEFAULT
**Importance:** High

Christian,

I will continue to contact you every day until you provide a response to our request. When can we expect the overdue payments?

Michael



**Michael Vanunu**
Associate

1

926 RXR Plaza, Uniondale, NY 11556-0926
D 516.357.3337 T 516.357.3000 F 516.357.3333
Michael.Vanunu@rivkin.com
www.rivkinradler.com



---

**From:** Michael Vanunu
**Sent:** Wednesday, May 15, 2019 3:36 PM
**To:** 'Christian Carrazana'
**Cc:** Max Gershenoff; Marino, John
**Subject:** RE: GEICO v. DA Health, et al. - NOTICE OF DEFAULT
**Importance:** High

Christian,

Have you heard any news from your client regarding their default on the payment? Today is the due date for the 4th payment. As we have already received today's mail, your clients now have two payments that are past due. Please let us know when we can expect the overdue payments.

It goes without saying that if your clients do not immediately provide payment, we will be forced to enter judgment.

Michael



Michael Vanunu
Associate
926 RXR Plaza, Uniondale, NY 11556-0926
D 516.357.3337 T 516.357.3000 F 516.357.3333
Michael.Vanunu@rivkin.com
www.rivkinradler.com



**From:** Christian Carrazana [mailto:christian@carrazana-legal.com]
**Sent:** Monday, May 13, 2019 2:51 PM
**To:** Michael Vanunu
**Subject:** Re: GEICO v. DA Health, et al. - NOTICE OF DEFAULT

Give me until Wednesday.  I'm trying to reach my client.

*/s/Christian Carrazana*
Christian Carrazana, Esq.
**CHRISTIAN CARRAZANA P.A.**
*Attorney at Law*

P.O. Box 900520
Homestead Florida 33090
Tel No.: (786) 262-0584
Fax No.: (786) 364-7477
Email:  christian@carrazana-legal.com
Secondary Email:  ccarrazana.law@gmail.com
Eservice:  eservice@carrazana-legal.com


On Mon, May 13, 2019 at 11:26 AM Michael Vanunu <Michael.Vanunu@rivkin.com> wrote:

Christian,


We still have not heard from you regarding your client's default. When can we expect payment for the April and May 2019 payments? Please advise immediately.




Michael Vanunu
Associate
926 RXR Plaza, Unondale, NY 11556-0926
D 516.357.3337 T 516.357.3000 F 516.357.3333
Michael.Vanunu@rivkin.com
www.rivkinradler.com



From: Michael Vanunu
Sent: Wednesday, May 08, 2019 5:26 PM
To: 'Christian Carrazana'
Cc: Barry Levy; Max Gershenoff; Trowell, Lindsey; Marino, John; Kristen Wenger (kwenger@sgrlaw.com); Krieger, Drew
Subject: GEICO v. DA Health, et al. - NOTICE OF DEFAULT


Christian,

Please see the attached letter that provides formal notice that your clients (D.A. Health Care Associates, Inc. and Damarys Alfonso) have defaulted on the settlement agreement by not providing the third payment that **was due on April 15, 2019**.

As indicated in the attached letter, your clients have 15 days from today to provide the payment that was due on April 15, 2019, or we will be forced to enter judgment.

I expect that your clients will be able to pay within the required time period. Please let us know when we can expect to receive the payment. (Note that the fourth payment is due on May 15th payment, which is next Wednesday.)

All the best,

Michael



Michael Vanunu
Associate
926 RXR Plaza, Uniondale, NY 11556-0926
D 516.357.3337 T 516.357.3000 F 516.357.3333
Michael.Vanunu@rivkin.com
www.rivkinradler.com



NOTICE: This message may contain information that is confidential or privileged. If you are not the intended recipient, please advise the sender immediately and delete this message. See: http://www.rivkinradler.com\disclaimer-electronic-communications/ for further information on confidentiality.

## Michael Vanunu

| | |
|---|---|
| **From:** | Max Gershenoff |
| **Sent:** | Monday, May 20, 2019 8:37 AM |
| **To:** | 'Christian Carrazana' |
| **Cc:** | Barry Levy; Trowell, Lindsey; Marino, John; Kristen Wenger (kwenger@sgrlaw.com); Krieger, Drew; Michael Vanunu |
| **Subject:** | We are DAYS AWAY from entering massive judgments against DA Health and Damarys Alfonso. |
| **Importance:** | High |

Christian –

Michael Vanunu sent a default notice to you almost two weeks ago, to let you know that Alfonso and DA Health were in violation of their payment obligations under the settlement agreement. See below. Alfonso and DA Health have not paid.

Pursuant to the settlement agreement, Alfonso and DA Health have 15 days from the date of the default notice, below, to pay what they owe. In other words, they need to pay by Friday.

I want to emphasize that, if Alfonso and DA Health do not pay what they owe by Friday, GEICO not only will be entitled to immediately enter a judgment against them for the full outstanding balance of the settlement proceeds, but for all of the attorneys' fees GEICO incurred in connection with the underlying action. I do not know whether anyone has told your clients how long any such judgment would remain in effect, or whether your clients have fully considered the impact of a judgment like this on their lives and futures. I do not know whether they understand that their obligations to GEICO are about to dramatically increase if GEICO enters judgment against them not only for the outstanding settlement proceeds, but also for its attorneys' fees in connection with the underlying action. I do not know whether anyone has advised your clients regarding how judgments in Florida are enforced, what a "fraudulent conveyance" is, or the kind of discovery GEICO will be entitled to receive in aid of enforcement of a judgment.

However, your clients will learn about all of these things on Friday, if we do not receive their outstanding payment by then. I trust that you will advise your clients appropriately.

Max



Max Gershenoff
Partner
926 RXR Plaza, Uniondale, NY 11556-0926
D 516.357.3444 T 516.357.3000 F 516.357.3333
Max.Gershenoff@rivkin.com
www.rivkinradler.com

 

**From:** Michael Vanunu
**Sent:** Wednesday, May 08, 2019 5:26 PM
**To:** 'Christian Carrazana'
**Cc:** Barry Levy; Max Gershenoff; Trowell, Lindsey; Marino, John; Kristen Wenger (kwenger@sgrlaw.com); Krieger, Drew
**Subject:** GEICO v. DA Health, et al. - NOTICE OF DEFAULT

Christian,

Please see the attached letter that provides formal notice that your clients (D.A. Health Care Associates, Inc. and Damarys Alfonso) have defaulted on the settlement agreement by not providing the third payment that **was due on April 15, 2019**.

As indicated in the attached letter, your clients have 15 days from today to provide the payment that was due on April 15, 2019, or we will be forced to enter judgment.

I expect that your clients will be able to pay within the required time period. Please let us know when we can expect to receive the payment. (Note that the fourth payment is due on May 15th payment, which is next Wednesday.)

All the best,

Michael



Michael Vanunu
Associate
926 RXR Plaza, Uniondale, NY 11556-0926
D 516.357.3337 T 516.357.3000 F 516.357.3333
Michael.Vanunu@rivkin.com
www.rivkinradler.com

